UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22791-CV-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

v.

BRENT SEAMAN, *et al.*,

       Defendants.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court on the Unopposed Motion for Entry of Final Judgment Against Relief Defendants Jana Seaman and Valo Holdings Group, LLC (DE 7) ("***Motion***") filed by Plaintiff Securities and Exchange Commission ("***SEC***" or "***Commission***"). The Commission filed a Complaint (DE 1) and Relief Defendant Jana Seaman ("***Relief Defendant***") entered an appearance (DE 9). Relief Defendant consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action and consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint except as to jurisdiction and as otherwise provided in Section II below. Relief Defendant waived all findings of fact and conclusions of law and waived any right to appeal from this Final Judgment. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    I.    Plaintiff SEC's Motion (DE 7) is **GRANTED**.

    II.    <u>Disgorgement and Prejudgment Interest</u>. Relief Defendant Jana Seaman shall pay disgorgement of ill-gotten gains and prejudgment interest thereon pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d) of

the Exchange Act [15 U.S.C. § 78u(d)], and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)].  Relief Defendant is liable for disgorgement of $714,670, representing investor proceeds transferred to her by Defendants for no apparent legitimate purpose, together with prejudgment interest thereon in the amount of $42,484 for a total of $757,154.  Relief Defendant shall satisfy this obligation by paying $757,154 to the Securities and Exchange Commission or the Court appointed Receiver within thirty (30) days after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Jana Seaman as a Relief Defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendant relinquishes all legal and

equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission shall hold the funds (collectively, the "**Fund**") until further order of this Court.  The SEC may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment.  Relief Defendant shall pay post judgment interest on any amounts due after thirty (30) days of entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

III. <u>Bankruptcy Nondischargeability</u>. Solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

IV. <u>Incorporation of Consent</u>. The Consent is incorporated with the same force and effect as fully set forth in this Order and Relief Defendant shall comply with all

      undertakings and agreements set forth in this Final Judgment.

V.    <u>Retention of Jurisdiction</u>. This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to **ENTER** this Final Judgment against Relief Defendant Jana Seaman forthwith and without further notice.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>13th</u> day of November, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE