UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22791-CV-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BRENT SEAMAN, et al.,

    Defendants.
_____/

**NOTICE OF FILING CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT AND UNOPPOSED MOTION FOR ENTRY OF ORDER APPROVING AGREEMENT**

Melanie E. Damian, as Court-appointed Receiver (the "Receiver"), pursuant to the Court's instructions and the consent of the settling party, hereby gives notice of filing the attached Confidential Settlement and Release Agreement, which is one of the seven Settlement and Release Agreements of which the Receiver sought Court approval in the *Receiver's Unopposed Motion to Approve Settlement and Release Agreements with Third Parties and Investors Who Received Net Gains* [ECF No. 84] (the "Motion to Approve Settlements"), and moves, without opposition, for entry of an order approving such Agreement because it is the best interest of the Receivership Estate, as more fully set forth in the Motion to Approve Settlements, and states.

1.    On October 24, 2024, the Receiver filed the Motion to Approve Settlements, seeking Court approval of seven Settlement and Release Agreements that the Receiver had entered into with third parties and investors who received net gains.  The Receiver attached to the Motion all but one of the Agreements because it was confidential and its terms precluded the Receiver from attaching it to the Motion.

2. On December 11, 2024, at a Status Conference in the above-captioned enforcement action, the Court considered the Receiver's Motion to Approve Settlements, approved the six Settlement and Release Agreements that were attached to the Motion, and directed the Receiver to seek approval from the settling party to the Confidential Settlement and Release Agreement to the Receiver's filing that Agreement with the Court.

3. Thereafter, undersigned counsel for the Receiver contacted counsel for the settling party requesting authority to file the Confidential Settlement and Release Agreement with the Court notwithstanding its terms precluding such filing. Counsel for the settling party confirmed to undersigned counsel his client's consent to the Receiver's filing the Agreement under a Notice of Filing.

4. Accordingly, the Receiver submits this Notice of Filing, attaching the Confidential Settlement and Release Agreement, and seeks this Court's approval thereof.

## CERTIFICATION OF CONFERENCE

Undersigned counsel for the Receiver hereby certifies that counsel for Plaintiff, the Securities and Exchange Commission, counsel for Defendant Brent Seaman, and counsel for Relief Defendants Jana Seaman and Valo Holdings Group, LLC, confirmed that their respective clients have no objection to this Court's approval of the Confidential Settlement and Release Agreement, for which approval was sought in the *Receiver's Unopposed Motion to Approve Settlement and Release Agreements with Third Parties and Investors Who Received Net Gains* [ECF No. 84].

WHEREFORE, the Receiver respectfully requests that this Court enter the attached proposed Order approving the attached Confidential Settlement and Release Agreement and grant such further relief as the Court deems just and proper.

Respectfully submitted,

*/s/Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com

*Counsel for Court-Appointed Receiver Melanie E. Damian*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on the 13th day of January, 2025, on all counsel or parties who have appeared in the above-styled action.

*/s/Kenneth Dante Murena*
Kenneth Dante Murena, Esq.

3