UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22791-CV-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

 Plaintiff,
v.

BRENT SEAMAN, *et al.*,

 Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR ENTRY OF ORDER APPROVING CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT**

THIS MATTER came before the Court on the *Notice of Filing Confidential Settlement and Release Agreement and Unopposed Motion for Entry of Order Approving Agreement* [ECF No. ____] (the "Motion"), filed by Melanie E. Damian, as Court-Appointed Receiver (the "Receiver") of Defendants Accanito Equity, LLC, Accanito Equity II, LLC, Accanito Equity III, LLC, Accanito Equity IV, LLC, Accanito Capital Group, LLC, Surge LLC, Accanito Holdings, LLC, and Relief Defendant, Surge Capital Ventures, LLC (collectively, the Receivership Defendants") in the above-captioned enforcement action.  With the Court having considered the Motion, noting that it is unopposed, finding good cause to approve and authorize the Receiver to enter into the Confidential Settlement and Release Agreement attached to the Motion, which is in the best interests of the Receivership Estate, and being otherwise fully advised in the premises, it is hereby

 ORDERED as follows:

 1. The Motion is GRANTED.

 2. The Confidential Settlement and Release Agreement between the Receiver and Starability Foundation, attached to the Motion, is hereby APPROVED.

3.	The Receiver is authorized to enter into that Confidential Settlement and Release Agreement and to grant the releases set forth therein.

4.	The Court retains exclusive jurisdiction over all matters concerning the Confidential Settlement and Release Agreement, including without limitation the enforcement thereof.

DONE AND ORDERED in the Southern District of Florida on _____, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE