**EXHIBIT A**

Melanie Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – ACCANITO RECEIVERSHIP FUND FOR SEC V. SEAMAN, ET AL.
Reporting Period 9/1/2024 to 12/31/2024

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 9/1/2024): | $ - | $ - | $ 3,636,097.45 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 88,256.66 | $ 88,256.66 | $ 88,256.66 |
| Line 4 | Interest/Dividend Income | $ 28,274.95 | $ 28,274.95 | $ 28,274.95 |
| Line 5 | Business Asset Liquidation | $ - | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other |  |  | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 3,752,629.06 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | $ 2,624,563.88 | $ 2,624,563.88 | $ 2,624,563.88 |
| Line 10 | Disbursements for Business Operations [1] | $ 5,878.00 | $ 5,878.00 | $ 5,878.00 |
| Line 10a | Disbursements to Receiver or Other Professionals [1] | $ 224,665.64 | $ 224,665.64 | $ 224,665.64 |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 2,855,107.52 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |
|  | **Total Disbursements to Court/Other** |  |  |  |
|  | **Total Funds Disbursed (Lines 9-11)** |  |  | $ 2,855,107.52 |
| Line 13 | **Ending Balance (As of December 31, 2024)** |  |  | $ 897,521.54 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | $ 897,521.54 |
|  | **Total Ending Balance of Fund – Net Assets** |  |  | $ 897,521.54 |

[1] *See Attachment 1.*

Respectfully submitted,
Damian |Valori | Culmo
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
*/s/ Melanie Damian*
Melanie Damian, Court-Appointed Receiver

**Attachment 1 to Exhibit A to Receiver's Report**
**SEC v. Seaman et al - Receipts of Fiduciary Account**

| Date | From | Amount |
|---|---|---|
| 10/1/2024 | The Golisano Childrens Museum | $ 5,525.00 |
| 10/22/2024 | Kyle and Brooke Limoseth | $ 20,000.00 |
| 10/23/2024 | Four Square Ventures LLC | $ 12,500.00 |
| 10/23/2024 | Four Square Ventures LLC | $ 12,500.00 |
| 10/23/2024 | wire fee refund | $ 15.00 |
| 11/1/2024 | The Golisano Childrens Museum | $ 5,525.00 |
| 11/15/2024 | 2950 Seaman | $ 13,333.33 |
| 12/1/2025 | The Golisano Childrens Museum | $ 5,525.00 |
| 12/18/2024 | 2950 Seaman | $ 13,333.33 |
| **Total Receipts** | | **$ 88,256.66** |

**City National Bank Interest**

| Date | | Amount |
|---|---|---|
| 10/31/2024 | Interest | $ 10,682.44 |
| 11/30/2024 | Interest | $ 9,450.22 |
| 12/31/2024 | Interest | $ 8,142.29 |
| Total | | $ 28,274.95 |

**GRAND TOTAL RECEIPTS** $ 116,531.61

**SEC v. Seaman et al. - Expenses of Fiduciary Account**

| Date | Payable | Amount |
|---|---|---|
| 10/1/2024 | Cyberdiscovery | $ 1,946.00 |
| 11/4/2024 | Cyberdiscovery | $ 1,946.00 |
| 12/4/2024 | Cyberdiscovery | $ 1,946.00 |
| 12/30/2024 | bank fee | $ 40.00 |
| **Total Expenses** | | **$ 5,878.00** |

**Initial Distribution**

| | | |
|---|---|---|
| 12/27/2024 | Initial Distribution | $ 2,624,563.88 |

**Professional Fees**

| Date | Firm | Amount |
|---|---|---|
| 12/18/2024 | Damian Valori Culmo | $ 67,055.93 |
| 12/18/2024 | Kapila Mukamal LLP | $ 27,064.17 |
| 12/18/2024 | Damian Valori Culmo | $ 82,970.78 |
| 12/18/2024 | Kapila Mukamal LLP | $ 31,559.84 |
| 12/18/2024 | Fridman Fels & Soto | $ 16,014.92 |
| Total professional fees | | $ 224,665.64 |

**GRAND TOTAL EXPENSES** $ 2,855,107.52