UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-22791-KMW

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

BRENT SEAMAN,
ACCANITO EQUITY, LLC,
ACCANITO EQUITY II, LLC,
ACCANITO EQUITY III, LLC,
ACCANITO EQUITY IV, LLC,
ACCANITO CAPITAL GROUP, LLC,
SURGE, LLC,
ACCANITO HOLDINGS, LLC,

                Defendants, and

SURGE CAPITAL VENTURES, LLC, et al.,

                Relief Defendants.
_____/

**AMENDED NOTICE OF APPEARANCE \***

Please take notice that the undersigned, Conrado Gomez, Jr., Esquire, hereby enters his

appearance as counsel on behalf of non-party Surge Trader, LLC, in the above-captioned

action.

| | |
|---|---|
| Primary Email Address: | cgomez@bgk.law |
| Secondary Email Address: | akison@bgk.law |
| | vengel@bgk.law |
| | eserve@bgk.law |

*Amended as to Florida Bar No.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system, including service on Kenneth Dante Murena, Esq. and Adriana Pavon, Esq., 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131, this 18th day of April, 2025.

**BENTLEY GOODRICH KISON, P.A.**

/s/ Conrado Gomez, Jr.

_____

**CONRADO GOMEZ, JR., ESQ.**
Florida Bar No. 1010973
783 South Orange Avenue, Suite 300
Sarasota, Florida 34236
Telephone: (941) 556-9030
Facsimile: (941) 312-5316
Primary Email: cgomez@bgk.law
Secondary Email: eserve@bgk.law
Secondary Email: vengel@bgk.law
Attorneys for Non Party Surge Trader, LLC.