UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-22791-KMW

SECURITIES AND EXCHANGE COMMISSION,

          **Plaintiff,**

v.

BRENT SEAMAN,
ACCANITO EQUITY, LLC,
ACCANITO EQUITY II, LLC,
ACCANITO EQUITY III, LLC,
ACCANITO EQUITY IV, LLC,
ACCANITO CAPITAL GROUP, LLC,
SURGE, LLC,
ACCANITO HOLDINGS, LLC,

          **Defendants and,**

JANA SEAMAN,
VALO HOLDINGS GROUP, LLC,
SURGE CAPITAL VENTURES, LLC,

          **Relief Defendants.**

_____/

## PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to S.D. Fla. Local Rule 11.1(d)(3)(B), Plaintiff Securities and Exchange Commission (the "Commission") notifies the court that Pascale Guerrier, Esq. is substituting as lead counsel in this matter for Alise Johnson, Esq., who is leaving the Commission. All future pleadings, notices, and correspondence in this matter should be directed at Ms. Guerrier's attention and Ms. Johnson should be removed from this case.

November 26, 2025                          Respectfully submitted,

                                                      *__Pascale Guerrier__*

        Pascale Guerrier
Senior Trial Counsel
Fla. Bar No. 22590
Direct Telephone: (305) 982-6381
Email: guerrierp@sec.gov
*Lead Attorney*

*Attorney for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300